NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MACLEAN-FOGG COMPANY, AND FISKARS BRANDS, INCORPORATED,**
*Plaintiffs,*

**AND**

**NINGBO YILI IMPORT & EXPORT CO., LTD.,**
*Plaintiff,*

**AND**

**EVERGREEN SOLAR, INC.,**
*Plaintiff-Appellant,*

**AND**

**EAGLE METALS DISTRIBUTORS, INC.,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**AND**

**ALUMINUM EXTRUSIONS FAIR TRADE COMMITTEE,**
*Defendant-Appellee.*

_____

2013-1187
_____

Appeal from the United States Court of International Trade in consolidated Nos. 11-CV-0209, 11-CV-0210, 11-CV-0220, and 11-CV-0221, Chief Judge Donald C. Pogue.

_____

**ON MOTION**
_____

**O R D E R**

Appellants Evergreen Solar, Inc. and Eagle Metal Distributors, Inc. move without opposition to reinstate the appeal and move out of time to file the joint appendix.

On July 29, 2013, this appeal was dismissed for failure to timely file the joint appendix electronically. The appellants have now submitted the appendix electronically.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The mandate is recalled, the court's July 29, 2013 dismissal order is vacated, the appeal is reinstated, and the joint appendix is accepted for filing.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s21